AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| KATRINA MACLEAN | ) Case No. 4:23-CR-159-MWB |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KATRINA MACLEAN                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy (18:371), et al


Date:    06/13/2023

*s/ Nicole R. Reynolds*
*Issuing officer's signature*

City and state:   Williamsport, Pennsylvania

Peter J. Welsh, Clerk by N. Reynolds, deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:23-CR-159-MWB |
| DENISE LODGE | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DENISE LODGE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy (18:371), et al

Date: 06/13/2023

*s/ Nicole R. Reynolds*
*Issuing officer's signature*

City and state: Williamsport, Pennsylvania

Peter J. Welsh, Clerk by N. Reynolds, deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:23-CR-159-MWB |
| JOSHUA TAYLOR | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSHUA TAYLOR,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy (18:371), et al

Date:   06/13/2023

s/ *Nicole R. Reynolds*
*Issuing officer's signature*

City and state:   Williamsport, Pennsylvania

Peter J. Welsh, Clerk by N. Reynolds, deputy
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| United States of America | ) |
| v. | ) |
| CEDRIC LODGE | ) Case No. 4:23-CR-159-MWB |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  CEDRIC LODGE                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy (18:371), et al

Date:  06/13/2023

*s/ Nicole R. Reynolds*
*Issuing officer's signature*

City and state:  Williamsport, Pennsylvania

Peter J. Welsh, Clerk by N. Reynolds, deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*