# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 4:23-CR-00159-3 |
| ) | |
| ) | (BRANN, C.J.) |
| v. ) | |
| ) | (ARBUCKLE, M.J.) |
| DENISE LODGE, ) | |
| Defendant ) | |

## PLEA

AND NOW, this 27th day of June 2023, the within named Defendant, hereby enters a plea of _Not Guilty_ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)