# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-00159-03 |
| v. | (Chief Judge Brann) |
| DENISE LODGE, | |
| Defendant. | |

## **ORDER**

**AND NOW**, this 12th day of April 2024, the Court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that she understands her rights and the consequences of her plea and that she voluntarily waives her right to trial.  The Court finds that the plea has a basis in fact.  The Court accepts the plea of Guilty to Count 5 of the Indictment.  **IT IS ORDERED** that the United States Probation Office shall conduct a presentence investigation and shall prepare a presentence report.  A presentence conference may be scheduled in this case by separate Order of Court, if necessary.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge