Hope C. Lefeber, Esquire
I.D. No. 31102
Hope C. Lefeber, LLC
Two Penn Center
1500 JFK Boulevard; Suite 1205
Philadelphia, PA   19102
(610) 668-7927                                                                Attorney for Defendant

**IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 23-159 |
| DENISE LODGE | : | *filed electronically* |

**MOTION TO WITHDRAW**

The undersigned respectfully moves this Honorable Court for leave to withdraw as counsel of record for Defendant, Denise Lodge, and in support thereof states as follows:

1. Counsel was retained by Defendant for representation in proceedings before the United States District Court only.

2. The Defendant was sentenced on December 16, 2025.

3. Counsel's representation has therefore concluded, and no further District Court proceedings are anticipated.

4. Withdrawal at this stage will not prejudice Defendant, delay the proceedings, or otherwise adversely affect the administration of justice.

5. Defendant has been advised that counsel's representation has concluded and that any further legal representation, including appellate representation, must be obtained separately.

WHEREFORE, Counsel respectfully requests that this Honorable Court grant this Motion to Withdraw as Counsel for Defendant, Denise Lodge.

Date:  December 19, 2025 /s/ Hope C. Lefeber

_____
Hope C. Lefeber, Esquire
PA I.D. No. 31102
Hope C. Lefeber, LLC
Two Penn Center
1500 JFK Boulevard; Suite 1205
Philadelphia, PA   19102
(610) 668-7927 ph
(610) 668-7929 fax
Email: hope@hopelefeber.com

*Attorney for Defendant, Denise Lodge*

**CERTIFICATE OF SERVICE**

I certify that a copy of the attached Motion to Withdraw was served upon the following counsel of record, by electronic filing, on December 19, 2025:

>Alisan V. Martin, AUSA
>United States Attorney's Office
>240 West Third Street, Suite 316
>Williamsport, PA 17701

/s/ Hope C. Lefeber
_____
HOPE C. LEFEBER