# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Criminal No. 23-159 |
| DENISE LODGE | : | |

## ORDER

AND NOW, this \_\_\_\_ day of December, 2025, upon the Motion to Withdraw as Counsel by Hope C. Lefeber, it is hereby ORDERED that the Motion is GRANTED and Ms. Lefeber's Appearance shall be WITHDRAWN as defense counsel for the Defendant, Denise Lodge, in the above-captioned matter.

BY THE COURT:

_____
HONORABLE CHIEF JUDGE MATTHEW W. BRANN